1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Lobaton-Nunez

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    Case No. 08mj1606
                                    )
12           Plaintiff,              )
                                    )
13 v.                                )
                                    )    **NOTICE OF APPEARANCE**
14 **PEDRO LOBATON-NUNO,**           )
                                    )
15           Defendant.              )
                                    )
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                       Respectfully submitted,

21 Dated: May 29, 2008                   *s/ Bridget Kennedy*
                                         Federal Defenders of San Diego, Inc.
22                                       *bridget_kennedy@fd.org*

23

24

25

26

27

28

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Lobaton-Nuno

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. 08mj1606 |
|                                 ) | |
|         Plaintiff,              ) | |
|                                 ) | |
| v.                              ) | PROOF OF SERVICE |
|                                 ) | |
| **PEDRO LOBATON-NUNO,**         ) | |
|                                 ) | |
|         Defendant.              ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: May 29, 2008                              *s/ Bridget L. Kennedy*
                                                 **BRIDGET L. KENNEDY**
                                                 Federal Defenders of San Diego, Inc.,
                                                 225 Broadway, Suite 900
                                                 San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
                                                 e-mail:bridget_kennedy@fd.org